# United States District Court
### for the
### Northern District of New York
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marquise Scott                    Case Number: 5:09CR00337-008

Name of Sentencing Judicial Officer:     Honorable Frederick J. Scullin, Jr., Senior U.S. District Judge

Date of Original Sentence:     December 2, 2010

Date of Revocation:              May 22, 2018

Original Offense:     Conspiracy to engage in a Pattern of Racketeering Activity, in Violation of 18 U.S.C. § 1962(d)

Revocation Conduct:     New Criminal Conduct, Possession of an Illegal Substance, Association with Felons

Original Sentence:     125 months imprisonment, five years supervised release

Revocation Sentence:     10 months imprisonment, 48 months supervised release

Type of Supervision:     Supervised Release          Date Supervision Commenced:     November 19, 2018

Asst. U.S. Attorney:     Carl Eurenius          Defense Attorney: Laurence Wangerman

---

## PETITIONING THE COURT

**[X]     To issue a warrant**

[   ]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #4: You must answer truthfully the questions asked by your probation officer.** |

On January 22, 2019, the offender reported to the U.S. Probation Office as directed and this officer questioned the offender about an incident on January 16, 2019 when Scott had police contact with Syracuse Police Officer Patrick Moore in relation to a vehicle traffic stop.  Scott denied ever being pulled over on that date and stated that it wasn't him.  On January 20, 2019, officer Moore confirmed that the person that was the subject of the traffic stop was indeed Marquise Scott.  This information is based on Syracuse Police records and this officer's personal knowledge.  (Grade C violation)

Prob 12C                                  -2-                    Petition for Warrant or Summons
                                                                for Offender Under Supervision

Name of Offender: Marquise Scott                    Case Number: 5:09CR00337-008

2          **Standard Condition #4: You must answer truthfully the questions asked by
           your probation officer.**

           On February 5, 2019, a cell phone was seized from the offender's residence.
           Scott denied knowing the code to unlock the cell phone but probation records
           indicate that the phone number belonging to that phone was used to call in to the
           urinalysis call in system.  A locked iPhone is unable to make outgoing phone
           calls.  This information is based on U.S. Probation records and this officer's
           personal knowledge.  (Grade C violation)


3          **Standard Condition #9: If you are arrested or questioned by a law
           enforcement officer, you must notify the probation officer within 72 hours.**

           On January 16, 2019, at approximately 10:09 pm, the offender was the subject
           of a traffic stop due to failure to signal within 100 feet while driving on
           Richmond Avenue in the City of Syracuse.  The offender was let go with a
           warning.  Scott failed to notify this officer within 72 hours of contact with law
           enforcement.  This information is based on Syracuse Police records and this
           officer's personal knowledge.  (Grade C violation)

4          **Standard Condition #9: If you are arrested or questioned by a law
           enforcement officer, you must notify the probation officer within 72 hours.**

           On January 24, 2019, Syracuse Police conducted a traffic stop on a vehicle at
           approximately 5:54 pm on Genant Ave in the City of Syracuse.  The driver of
           the vehicle was identified as Ralph Walker (codefendant of Marquise Scott and
           "110" gang member).  The passenger of the vehicle was identified as Marquise
           Scott.  Scott failed to notify this officer within 72 hours of contact with law
           enforcement.  This information is based on Syracuse Police records and this
           officer's personal knowledge.  (Grade C violation)

5          **Special Condition #1: You must not associate with any member, associate, or
           prospect of the 110, or any other criminal gang, club, or organization.**

           On January 24, 2019, Syracuse Police conducted a traffic stop on a vehicle at
           approximately 5:54 pm on Genant Ave in the City of Syracuse.  The driver of
           the vehicle was identified as Ralph Walker (codefendant of Marquise Scott and
           "110" gang member).  The passenger of the vehicle was identified as Marquise
           Scott.  On January 31, 2019, during an office contact with this officer, the
           offender admitted to being a passenger in a car that was subject to a traffic stop
           and the driver was Ralph Walker.  This information is based on Syracuse Police
           records, this officer's personal knowledge and admissions by the offender.
           (Grade C violation)

6       **Special Condition #1: You must not associate with any member, associate, or prospect of the 110, or any other criminal gang, club, or organization.**

On February 5, 2019, Ralph Walker's cell phone was seized during a home contact.  A forensic review of the cell phone revealed text message exchanges as well as phone calls to a phone number belonging to a cell phone that was seized from Scott's residence and that Scott admitted to using for employment purposes.  This information is based on forensic cell phone records and this officer's personal knowledge.  (Grade C violation)

U.S. Probation Officer Recommendation:

The term of supervision should be:

    [X]    Revoked
    [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

                        Executed            February 14, 2019

Approved by: _____    by: _____
                Michael J. Kester
                Supervising U.S. Probation Officer                JAMES MATHERS
                                                        U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Summons
[ ]    Other
[ ]    The Issuance of a Warrant. This petition and all documents attached hereto are **SEALED** until such time as the warrant generated by this petition is returned executed.

The District Court Clerk's Office is hereby **ORDERED NOT** to serve a copy of this petition or any of the attached documents upon anyone EXCEPT that a copy is to be served upon law enforcement personnel. Copies shall be served upon the unsealing of the petition.

_____
Signature of Judicial Officer

February 14, 2019
_____
Date

Prob 12C                                                  -4-                    Petition for Warrant or Summons
                                                                                  for Offender Under Supervision

Name of Offender: Marquise Scott                                    Case Number: 5:09CR00337-008